UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mary Kay Keumurian
       Plaintiff

v.                                                      Civil Action No. 15-10481-ADB

Equifax Information Services, LLC
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

      The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                                    By the Court,

                                                    /S/ Karen P. Folan

 7/9/15                                                  _____
  Date                                                  Karen P. Folan
                                                       Deputy Clerk